IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR07-01825-TUC-RCC(JR) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Gerardo Edmundo Andrada-Pastrano, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 187), and the objections filed by the defendant thereto,

        **IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the defendant's Motion to Dismiss Superseding Petition to Revoke Supervised Release (Doc. 169).

        **IT IS FURTHER ORDERED** the Government is directed to contact the Magistrate Judge's chambers to set a hearing to address the Superseding Petition to Revoke Supervised Release.

        DATED this 13th day of February, 2015.


Raner C. Collins
**United States District Judge**